## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## NORTHERN DIVISION

| | | |
|---|---|---|
| **EMILY STAKELY** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 0:24-cv-00096-DLB-EBA |
| | ) | |
| **ZAAL VENTURES, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) applicable to nongovernmental corporate parties, Defendant Zaal Ventures, Inc. ("Zaal") is a stock corporation organized in the Commonwealth of Virginia. Zaal has no parent corporation or publicly held corporation owning 10% or more of its stock.

Respectfully submitted,

ZAAL VENTURES, INC.

*/s/ Derrick T. Wright*
Derrick T. Wright
Sturgill, Turner, Barker & Moloney, PLLC
333 West Vine Street, Suite 1500
Lexington, KY 40507
Telephone No.: (859) 255-8581
Facsimile No.: (859) 231-0851
dwright@sturgillturner.com

Frederick H. Schutt, Of Counsel
Woods Rogers Vandeventer Black, PLC
901 East Byrd Street, Suite 1600
Richmond, Virginia 23219
Telephone: (804) 237-8800
Email: fred.schutt@woodsrogers.com
(*Pro Hac Vice* admission pending)
COUNSEL FOR DEFENDANT

1

## **CERTIFICATE OF SERVICE**

      I certify that on April 17, 2025 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send electronic notice to all counsel of record registered to receive electronic filings.

                                        */s/ Derrick T. Wright*
                                        COUNSEL FOR DEFENDANT