# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION

*Filed Electronically*

| | |
|---|---|
| **EMILY STAKELY** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 0:24-cv-00096-DLB-EBA |
| | ) |
| **ZAAL VENTURES, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1)

Defendant Zaal Ventures, Inc. ("Zaal"), by counsel, moves this Court to dismiss Plaintiff Emily Stakely's federal Fair Labor Standards Act ("FLSA") and Kentucky Wage and Hour Act ("KWHA") claims of unpaid wages and overtime, Counts III, IV, and VII of the Complaint, with prejudice, pursuant to Fed. R. Civ. P. 12(b)(1). As discussed more fully in the accompanying memorandum, Zaal has tendered full payment, including interest, to Stakely, for those claims, there is no further relief for which Stakely can hope to obtain through litigation, there is no longer any live case or controversy, and therefore Stakely's unpaid wages and overtime claims are moot as a matter of law and should be dismissed.

Respectfully submitted,

ZAAL VENTURES, INC.

*/s/ Derrick T. Wright*
Derrick T. Wright
Sturgill, Turner, Barker & Moloney, PLLC
333 West Vine Street, Suite 1500
Lexington, KY 40507
Telephone No.: (859) 255-8581
Facsimile No.: (859) 231-0851
dwright@sturgillturner.com

                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                           &

&

Leah M. Stiegler, Principal
Frederick H. Schutt, Of Counsel
Woods Rogers Vandeventer Black, PLC
901 East Byrd Street, Suite 1600
Richmond, Virginia 23219
Telephone: (804) 237-8800
Email:  leah.stiegler@woodsrogers.com
           fred.schutt@woodsrogers.com
(admitted *Pro Hac Vice*)
COUNSEL FOR DEFENDANT

2

## **CERTIFICATE OF SERVICE**

      I certify that on June 27, 2025 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send electronic notice to all counsel of record registered to receive electronic filings.

                                            */s/ Derrick T. Wright*
                                            COUNSEL FOR DEFENDANT