**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRIT OF KENTUCKY**
**NORTHERN DIVISION AT ASHLAND**

| | | |
|---|---|---|
| EMILY STAKELY, | ) | |
| | ) | **CASE NO: 0:24-CV-00096- EBA** |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| ZAAL VENTURES, INC., | ) | |
| | ) | **MAGISTRATE JUDGE:** |
| **Defendant** | ) | **EDWARD B. ATKINS** |

**PLAINTIFF'S MOTION TO EXTEND DEADLINES**

Comes now the Plaintiff, by and through counsel, pursuant to Fed. R. Civ. P. 6(b)(1), LR 7.1(b), paragraph 15 of the Scheduling Order entered on May 29, 2025 (ECF 19) (the "Scheduling Order"), and the Order Granting Parties Second Joint Motion to Extend Deadlines (ECF 31), to move this Court for an extension of time to complete necessary discovery in this matter. In support, Plaintiff states as follows:

(1) The current deadline for discovery to be completed is April 6, 2026.

(2) Dispositive motions are to be filed by May 11, 2026.

(3) There is no final pretrial conference or trial date currently scheduled.

(4) The case is currently scheduled for a telephonic conference with the Court on April 20, 2026.

(5) The parties have been ordered – and have been – submitting monthly status reports regarding the progress of discovery in this case.

(6) Despite all reasonable efforts, Plaintiff has been unable to schedule and complete all necessary discovery.

a. Plaintiff has requested dates to depose Kristen Pollock, responsible for payroll at Zaal Ventures, multiple times. Ms. Pollock was also listed in Defendant's Rule 26(a) disclosures. Despite these numerous requests, Defendant has refused to provide deposition dates, stating that the deposition of Ms. Pollock is "unnecessary."

b. Plaintiff has requested information for Marcus Sanchez, the former Chief Human Resources Officer with Zaal Ventures, to locate him and attempt service or communication for a deposition. Mr. Sanchez is now no longer employed with Zaal Ventures, and, thus, Plaintiff is in need of additional time to locate and serve him.

c. Based upon information provided in the depositions of Lance Zaal (on March 23, 2026) and Josef Kruger (March 26, 2026), Plaintiff has propounded a second set of written discovery requests upon Defendant, which, under the Rules of Civil Procedure, would not be required to be returned until Wednesday, April 29, 2026.

    i. Plaintiff also has concerns that the response to these requests may cause the need for a forensic expert.

d. Plaintiff has also sent Defendant a second discovery deficiency letter, requesting deficient responses or notice as to whether Defendant intends to maintain its refusal to provide responses to certain discovery requests. Based upon these answers, Plaintiff may need to file a motion to compel discovery responses.

(7) Plaintiff has sent a letter and email today, March 30, 2026, requesting Defendant's position on this request for extension; however, Plaintiff's counsel has not yet heard a response on Defendant's position. Given the impending deadline for discovery, Plaintiff's counsel felt it important to proceed in filing this Motion.

(8) To accommodate an extension of discovery and to allow Plaintiff to complete all reasonable and necessary discovery, Plaintiff respectfully requests that all remaining deadlines from the Scheduling Order be extended as follows:

    a. All discovery, including expert discovery, shall be completed by July 1, 2026.

    b. All dispositive motions shall be filed by August 1, 2026.

    c. The telephonic conference scheduled for April 20, 2026 shall be rescheduled to a date as provided by this Court.

**WHEREFORE**, Plaintiff respectfully requests that this Court grant her Motion for an extension of time and adopt her proposed extensions.

DATE:        March 30, 2026                  Respectfully submitted,

                                          */s/ Erica F. Blankenship*
                                          Erica F. Blankenship
                                          Ziegler & Schneider, PSC
                                          541 Buttermilk Pike, Suite 500
                                          PO Box 175710
                                          Covington, KY 41017
                                          Efblankenship@zslaw.com

                                          *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the PACER electronic filing system this 30th day of March, 2026, which shall distribute to the following:

Frederick H. Schutt
Woods Rogers Vandeventer Black, PLC
901 East Burd Street, Suite 1600
Richmond, Virginia 23219
Fred.schutt@woodsrogers.com

Leah M. Stiegler
Woods Rogers Vandeventer Black, PLC
901 East Burd Street, Suite 1600
Richmond, Virginia 23219
Leah.stiegler@woodsrogers.com

Derrick T. Wright
Sturgill, Turner, Barker & Moloney, PLLC
333 West Vine Street, Suite 1500
Lexington, KY 40507
dwright@sturgillturner.com

/s/ Erica F. Blankenship
Erica F. Blankenship