**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRIT OF KENTUCKY
NORTHERN DIVISION AT ASHLAND**

| | | |
|---|---|---|
| **EMILY STAKELY,** | ) | |
| | ) | **CASE NO: 0:24-CV-00096- EBA** |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **ZAAL VENTURES, INC.,** | ) | |
| | ) | **MAGISTRATE JUDGE:** |
| **Defendant** | ) | **EDWARD B. ATKINS** |

**PLAINTIFF'S DISCOVERY STATUS REPORT**

Comes now the Plaintiff, by and through counsel, pursuant to this Court's Order entered February 6, 2026 (ECF 31), and subsequent Order Granting Plaintiff's Motion to Extend Deadlines (ECF 41) and Order Granting Parties' Joint Motion to Extend Deadlines (ECF 48) and presents the following status report regarding discovery in this case:

(1) All discovery is now ordered to be completed by September 2, 2026. Dispositive Motions are to be filed by October 1, 2026.

(2) The case has been scheduled for a final pretrial conference on January 26, 2027 at 11:00 AM and for jury trial on February 9, 2027 at 9:00 AM.

(3) Plaintiff still intends to depose Marcus Sanchez, the former chief human resources officer for Zaal Ventures. Plaintiff is still actively engaged in efforts to contact him and gain further information to assist in obtaining sworn testimony from this witness.

(4) Defendant recently engaged Juan Vega as General Counsel who has entered his appearance in this case and has taken over primary responsibility for the litigation. Due to this change, Mr. Vega and Plaintiff's counsel have engaged in good-faith discussions to complete

written discovery and cure deficiencies. Defendant has produced some ESI in response to Plaintiff's discovery requests and ESI review continues.

(5) Mr. Vega has also requested certain supplements to his own file regarding discovery to ensure all parties have all discovery that has been produced and conducted.

(6) Both parties do seem to believe that there are certain discovery deficiencies and written motions may need to be filed.

DATE:             August 3, 2026                Respectfully submitted,

*/s/ Erica F. Blankenship*
Erica F. Blankenship
Ziegler & Schneider, PSC
541 Buttermilk Pike, Suite 500
PO Box 175710
Covington, KY 41017
Efblankenship@zslaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the PACER electronic filing system this 3rd day of August, 2026, which shall distribute to the following:

Frederick H. Schutt
Leah M. Stiegler
Woods Rogers Vandeventer Black, PLC
901 East Burd Street, Suite 1600
Richmond, Virginia 23219
Fred.schutt@woodsrogers.com
Leah.stiegler@woodsrogers.com

Derrick T. Wright
Sturgill, Turner, Barker & Moloney, PLLC
333 West Vine Street, Suite 1500
Lexington, KY 40507
dwright@sturgillturner.com

Juan Vega
General Counsel
Zaal Ventures, Inc.
230 Second Street
Fall River, MA 02721
legal@tourismo.com

*/s/ Erica F. Blankenship*
Erica F. Blankenship